|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| PAUL De BALDO, | Case No. 3:24-cv-05624-TMC |
| --- | --- |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| vs. | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff Paul De Baldo ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time, up through and including October 16, 2024, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint for ERISA Benefits ("Complaint").

IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than October 16, 2024.

DATED:  September 16, 2024.

_____
TIFFANY M. CARTWRIGHT
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME TO
FILE ANSWER - 1
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Paul J. Hulbert*
    Paul J. Hulbert, WSBA #55384
    15 W. South Temple, Suite 950
    Salt Lake City, UT  84101
    Telephone:  (801) 658-6075
    Facsimile:  (385) 360-1707
    Email:  paul.hulbert@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

Approved as to Form; Presentation Waived:

EVERGREEN DISABILITY LAW

By: */s/ Jeremy L. Bordelon*
    Jeremy L. Bordelon, WSBA #53118
    465 NE 181st Avenue, Suite 500
    Portland, OR  97230
    Telephone:  (503) 888-9331
    Facsimile:  (503) 928-3533
    Email:  jeremy@evergreenlaw.com

*Attorneys for Plaintiff Paul De Baldo*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 2
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September, 2024, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER via the method(s) below on the following parties:

> Jeremy L. Bordelon, WSBA #53118
> EVERGREEN DISABILITY LAW
> 465 NE 181st Avenue, Suite 500
> Portland, OR  97230
> Telephone:  (503) 888-9331
> Facsimile:  (503) 928-3533
> Email:  jeremy@evergreenlaw.com
>
> *Attorneys for Plaintiff Paul De Baldo*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 13th day of September, 2024 at Seattle, Washington.

> OGLETREE, DEAKINS, NASH, SMOAK
> & STEWART, P.C.
>
> By: */s/ Cheryl L. Kelley*
>     Cheryl L. Kelley, Practice Assistant
>     cheryl.kelley@ogletree.com

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER - 3
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058