**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

| | |
|---|---|
| PAUL De BALDO,<br><br>      Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No. 3:24-cv-05624-TMC<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Paul De Baldo and Defendant The Lincoln National Life Insurance Company (collectively, the "Parties") have filed their Stipulated Motion for Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal With Prejudice is hereby GRANTED, and the above-captioned matter is dismissed with prejudice, with each party to bear their own costs and fees.

DATED: _____October 2, 2024.

                                                        TIFFANY M. CARTWRIGHT
                                                        UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL WITH
PREJUDICE - 1
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Paul J. Hulbert*
    Paul J. Hulbert, WSBA #55384
    15 W. South Temple, Suite 950
    Salt Lake City, UT  84101
    Telephone:  (801) 658-6075
    Facsimile:  (385) 360-1707
    Email:  paul.hulbert@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*


Approved as to Form; Presentation Waived:

EVERGREEN DISABILITY LAW

By: */s/ Jeremy L. Bordelon*
    Jeremy L. Bordelon, WSBA #53118
    465 NE 181st Avenue, Suite 500
    Portland, OR  97230
    Telephone:  (503) 888-9331
    Facsimile:  (503) 928-3533
    Email:  jeremy@evergreenlaw.com

*Attorneys for Plaintiff Paul De Baldo*

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 2
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2024, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE via the method(s) below on the following parties:

> Jeremy L. Bordelon, WSBA #53118
> EVERGREEN DISABILITY LAW
> 465 NE 181st Avenue, Suite 500
> Portland, OR  97230
> Telephone:  (503) 888-9331
> Facsimile:  (503) 928-3533
> Email:  jeremy@evergreenlaw.com
>
> *Attorneys for Plaintiff Paul De Baldo*

☒ by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐ by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington.

☐ by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 1st day of October, 2024 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Cheryl L. Kelley*
    Cheryl L. Kelley, Practice Assistant
    cheryl.kelley@ogletree.com

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 3
Case No. 3:24-cv-05624-TMC

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058